No. 71–36. CALIFORNIA ET AL. *v.* LARUE ET AL. Appeal from D. C. D. C. Cal. [Probable jurisdiction noted, 404 U. S. 999.] Motion to permit two counsel to argue on behalf of appellees granted.

No. 71–123. NATIONAL LABOR RELATIONS BOARD *v.* BURNS INTERNATIONAL SECURITY SERVICES, INC., ET AL.; and

No. 71–198. BURNS INTERNATIONAL SECURITY SERVICES, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 406 U. S. 272. Motion to recall judgment denied.

No. 71–366. TIDEWATER OIL CO. *v.* UNITED STATES ET AL. C. A. 9th Cir. [Certiorari granted, 405 U. S. 986.] Motion of the Solicitor General to permit A. Raymond Randolph, Jr., to argue orally *pro hac vice* on behalf of the United States granted.

No. 71–507. KEYES ET AL. *v.* SCHOOL DISTRICT No. 1, DENVER, COLORADO, ET AL. C. A. 10th Cir. [Certiorari granted, 404 U. S. 1036.] Joint motion for additional time for oral argument granted and 15 minutes allotted for that purpose to each side. MR. JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 71–575. GOMEZ *v.* PEREZ. Appeal from Ct. Civ. App. Tex., 4th Sup. Jud. Dist. [Probable jurisdiction noted, 408 U. S. 920.] Motion of appellant to dispense with printing appendix and to proceed on original record granted. Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 71–666. UNITED STATES *v.* GLAXO GROUP LTD. ET AL. Appeal from D. C. D. C. [Probable jurisdiction noted, 405 U. S. 914.] Motion of appellant for additional time for oral argument granted and 15 minutes allotted for that purpose. Appellees also allotted 15 additional minutes for oral argument.